SCHULTZ, Respondent, vs. PARMENTIER, Appellant.

For the appellant: *Hannan, Johnson & Goldschmidt* of Milwaukee and *Whaley & Paulsen* of Racine.

For the respondent: *Kadwit & Lepp* of Kenosha.

*By the Court.*—Judgment affirmed.

MATTMILLER, Respondent, vs. ANTIGO UNION OIL COMPANY, Appellant.

For the appellant: *Arthur H. Strochan* of Antigo.

For the respondent: *Gustav Winter* of Antigo.

*By the Court.*—Judgment affirmed.